Case 1:09-cv-11615-RWZ   Document 12-2   Filed 02/09/2010   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MACHADO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>Social Security Administration,<br><br>Defendant. | CIVIL ACTION NO.<br>09-11615-RWZ |

## ~~PROPOSED~~ ORDER AND JUDGMENT

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further administrative proceedings, it is ordered that, upon remand, Plaintiff's case will be assigned to an administrative law judge, who will be instructed to: (1) further evaluate the opinion evidence by properly explaining the weight given to each opinion; and, (2) further consider the materiality of substance abuse.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. section 405(g) and remands the case to the Commissioner for further proceedings.

SO ORDERED this 17th day of February, 2010.

_____
HONORABLE RYA W. ZOBEL
United States District Court